ASH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

H.E.,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01770-DJH (JFM)

**ORDER TO SHOW CAUSE**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

Petitioner is a native of Iran who fled that country due to his sexual orientation.[1] Petitioner entered the United States in January 2025, and was taken into custody. On April 30, 2025, an immigration judge (IJ) ordered him removed from the United States to Iran; this order was amended on May 1, 2025 to include Turkey as an alternative country for removal. Petitioner was not aware of this amended ruling, and did not receive records of the proceedings until February 2026—by which time the IJ's removal order(s) had already become final. In November 2025, through new counsel, Petitioner filed a Motion with the Board of Immigration Appeals (BIA) seeking to accept his untimely appeal of the IJ's removal order. When the BIA denied that motion, Petitioner appealed that denial to the Tenth Circuit Court of Appeals. That appeal remains pending. Nevertheless, the Tenth

---

[1] Petitioner has filed a Motion to Proceed Pseudonymously. (Doc. 4). The Court will grant the Motion.

Circuit has issued a stay of removal while it considers Petitioner's appeal.[2] As such, Petitioner challenges his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention is prolonged and there is no significant probability of his removal in the reasonably foreseeable future.

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS ORDERED:**

(1) Petitioner's Motion to Proceed Pseudonymously (Doc. 4) is **granted**.

(2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(3) If not already issued, the Clerk of Court must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must show cause no later than **March 24, 2026**, why the Petition should not be granted.

. . . .

. . . .

. . . .

. . . .

. . . .

---

[2] Petitioner has also filed a Motion to reopen his immigration proceedings with the BIA. As of the date of this Order, that motion remains pending before the BIA.

(6) Petitioner may file a reply no later than **March 26, 2026**.

Dated this 17th day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge