ASH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| H.E., | No. CV-26-01770-DJH (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi,[1] et al., | |
| Respondents. | |

By Order dated March 30, 2026, the Court ordered the parties to submit additional briefing on whether Petitioner's continued detention is permitted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 12). Respondents were directed to respond no later than Wednesday, April 1, 2026, and Petitioner no later than Thursday April 2, 2026. (*Id.*). In their response, Respondents requested "an opportunity to reply to any new information that Petitioner raises in his reply." (Doc. 13 at 8 n.4). Petitioner having now replied, the Court finds in the interests of fairness and completeness that Respondents be permitted until no later than 5 p.m. Monday, April 6, 2026 to file a further response.

. . . .

. . . .

. . . .

. . . .

---

[1] Acting Attorney General Todd Blanche is substituted as Respondent for former Attorney General Pamela Bondi. Fed. R. Civ. P. 25(d).

**IT IS ORDERED** that no later than **5:00 P.M. MONDAY, APRIL 6, 2026**, Respondents may file a further response to the Court's March 30, 2026 Order.

**IT IS FURTHER ORDERED** that Acting Attorney General Todd Blanch is **substituted** as Respondent for former Attorney General Pamela Bondi.

Dated this 3rd day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge