**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

H.E.,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

**NO. CV-26-01770-PHX-DJH (JFM)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed April 6, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 6, 2026

s/ K. Gray
By Deputy Clerk