**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

H.E.,

Petitioner,

v.

Todd M Lyons, et al.,

Respondents.

No. CV-26-01770-PHX-DJH (JFM)

**ORDER**

Before the Court is Petitioner H.E.'s unopposed Motion to Seal Document 1-1 (Doc. 19). Petitioner says Exhibit D to his habeas petition (Doc. 1-1 at 29) was unintentionally left unredacted with Petitioner's full name appearing. (*Id.*) The Court previously granted Petitioner's request to proceed pseudonymously. (Doc. 5). There being no opposition from Respondents and to ensure the privacy of Petitioner's identity,

**IT IS ORDERED granting** Petitioner's Motion to Seal Document 1-1 (Doc. 19). The Clerk is kindly instructed to seal Doc. 1-1.

Dated this 7th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge