# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| H.E., | No. CV-26-01770-PHX-DJH (JFM) |
| Petitioner, | **ORDER** |
| v. | |
| Todd M Lyons, et al., | |
| Respondents. | |

Petitioner H.E. has filed a Motion to Amend Judgment (Doc. 22) requesting the Judgment entered on April 6, 2026 (Doc. 18), be amended to include the return of Petitioner's personal property, including his Iranian passport.  Respondents do not oppose the Motion.  (*Id*.)

Accordingly,

**IT IS ORDERED granting** Petitioner's Motion to Amend Judgment (Doc. 22). The Judgment entered on April 6, 2026 (Doc. 18) is **amended** to additionally order the return of Petitioner's personal property, including his Iranian passport.

Dated this 15th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge