**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

H.E.,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

**NO. CV-26-01770-PHX-DJH (JFM)**

**AMENDED JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Orders filed April 6, 2026 and April 15, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Petitioner's personal property, including his Iranian passport, is ordered returned and this action is hereby dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 15, 2026

By s/ K. Gray
Deputy Clerk